IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ROBRIA PETERS, | * |
|     Plaintiff, | * |
| v. | Case No.  3:20-CV-98-CAR |
| | * |
| HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC., | * |
|     Defendant. | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated December 18, 2020, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Walton County, Georgia.

This 21st day of December, 2020.

                                                  David W. Bunt, Clerk

                                                s/ Gail G. Sellers, Deputy Clerk